## J. R. RINEY, Etc. v. JAMES RINEY.

**County Court Has No Jurisdiction to Divide Personal Property.**

> A County Court has no jurisdiction to divide heirs' personal property, which cannot be done in kind.

APPEAL FROM WASHINGTON CIRCUIT COURT.

October 9, 1866.

OPINION OF THE COURT BY JUDGE WILLIAMS:

There were only seven slaves, whilst there were eight heirs; the slaves were of very unequal value, ranging from $125 to $500, according to the commissioner's report, the interest of each heir was valued at $318.75, it was, therefore, impossible to divide them in kind, and, consequently, the County Court had no jurisdiction by virtue of chapter 57, Rev. Stat. (2 Stanton), or of section 28, Civil Code.

On exceptions to the commissioner's report, and motion to transfer the cause to the Circuit Court for a sale instead of division of the slaves, the County Court should have granted the same instead of overruling them and confirming the report, and on the appeal to the Circuit Court it erred in confirming the judgment of the County Court.

It was really a sale, under the pretext of a demurrer, and a sale in its most objectionable form, for the court fixed the price and designated who should purchase and who should sell.

We do not mean to say, that where there can be a division in kind approximating to each one's interest, that small balance may not be arranged in money, for this would be a division, but where there are not as many slaves as heirs, and where some of the slaves are not of sufficient value to pay a single heir half of his

interest, and others are nearly double, a division in kind is impossible, and that any pretended division under such circumstances is really a sale and not division, and the County Court has no jurisdiction in such cases.

Wherefore, the judgment of the Circuit Court is reversed, with directions to reverse the judgment of the County Court and to remand the case to it, with directions to sustain the exceptions to the commissioner's report, set the division of the slaves aside, and dismiss the proceedings as to the slaves, as they can now neither be sold nor divided. There is no complaint of the division of the land and it will remain undisturbed by this reversal.

*L. R. Thurman, for appellant.*